# CASE ANNOUNCEMENTS

*March 17, 2011*

[Cite as *03/17/2011 Case Announcements*, 2011-Ohio-1230.]

## MOTION AND PROCEDURAL RULINGS

**2010–1166. Williams v. Ohio Dept. of Job & Family Servs.**
Cuyahoga App. No. 93594, 2010-Ohio-2222. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of appellee's motion to allow legal intern Jill Murphey to participate in oral argument, it is ordered by the court that the motion is denied.

## DISCIPLINARY CASES

**2004–0060. Ohio State Bar Assn. v. Wolfson.**
On February 17, 2011, respondent, Richard Evan Wolfson, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D), and with its order, dated September 15, 2008, in which the court reinstated respondent to the practice of law and placed him on monitored probation for a period of two years.

On consideration thereof, it is ordered by this court that the probation of respondent, Richard Evan Wolfson, Attorney Registration No. 0041470, last known business address in Portsmouth, Ohio, is terminated.

It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

**2008–1202. Lorain Cty. Bar Assn. v. Robinson.**
This matter is before the court upon respondent's filing of a response to the show-cause order issued by this court on February 17, 2011.

Upon consideration thereof, it is ordered by the court that no action shall be taken at this time, provided that respondent files his affidavit of compliance within ten days of the date of this order.

**2009–1145. Cleveland Metro. Bar Assn. v. Nance.**
This cause is before the court upon the respondent's filing of a document styled "affidavit of compliance" pursuant to Gov.Bar R. V(8)(E)(3) and this court's November 9, 2009 order of suspension.

Upon consideration thereof, it is ordered by the court that the document is stricken because the affidavit is not notarized.

It is further ordered that within ten days of the date of this order, the respondent shall file a notarized affidavit of compliance as required by Gov.Bar R. V(8)(E)(3) and the court's suspension order.